## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 2:05CR228** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **WILLIAM ALLEN BIRD** | ) | |

**THIS MATTER** is before the Court on motion of the United States to dismiss the indictment without prejudice.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the motion to dismiss is **ALLOWED**, and the Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: March 31, 2006

Lacy H. Thornburg
United States District Judge